# 8671

NO. 8671

COURT OF APPEAL

PARISH OF ORLEANS

-----

MRS. MADELINE L. STORCK, widow of

DR. GEORGE HUHNER..

versus

JACOB RABINOWITZ.

----

----

June 11/23

Dinkelspiel; J.

Under an agreement filed in this Court, in this suit, this cause was consolidated with the case of Mr. and Mrs. John E. Flanagan against this same defendant and were tried together, and were argued and submitted at the same time.

The facts in this case precisely stated are that the plaintiff, Dr. Huhner, met with a severe accident at the time and under the same circumstances as decided in the Flanagan case, but Dr. Hughner, after a few days died from the effect of the accident, and this suit was brought by his widow, claiming damages in a sum over One Hundred Thousand Dollars, for causes therein stated, ending finally in the suffering and death of the Doctor.

The pleadings in this case were not as full and as complete as they are in the Flanagan case, but under the consolidation, the principles announced in the latter case control and cover this case; hence without further statement of either the law or the facts governing this case, and under the agreement referred to.

For the reasons assigned in the Flanagan case, it is ordered, adjudged and decreed, that the judgment of the lower court be and the same is hereby affirmed, at the cost of plaintiff in both Courts.

Judgment affirmed–